

RECEIVED
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JIM LEMON

VS                                       1:08-cv-001197 RCL

THE HONORABLE DONALD C. WINTER, SECRETARY OF THE NAVY

AFFIDAVIT OF SERVICE

I, JIM LEMON, MAILED THE SUMMONS AND COMPLAINT CERTIFIED MAIL TO JEFFREY TAYLOR, U.S ATTORNEY FOR DIST. OF COLUMBIA ON JULY 14, 2008.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL 1 8 2008 |
| 1. Article Addressed to:<br>JEFFREY A. TAYLOR<br>US ATTY FOR DISTRICT<br>OF COLUMBIA<br>501 THIRD ST. NW<br>WASHINGTON DC<br>20001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0000 7405 8699 |
| PS Form 3811, August 2001  Domestic Return Receipt | 102595-02-M-1540 |

_[signature]_
JIM LEMON
714 HUNTER COURT, S.W.
VIENNA, VA 22180

PHONE: 202-336-7462

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JIM LEMON

VS                                                    1:08-cv-001197 RCL

THE HONORABLE DONALD C. WINTER, SECRETARY OF THE NAVY

AFFIDAVIT OF SERVICE

I, JIM LEMON, MAILED THE SUMMONS AND COMPLAINT CERTIFIED MAIL TO MICHAEL MUKASEY, U.S. ATTORNEY GENERAL ON JULY 14, 2008.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>MICHAEL MUKASEY<br>U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0000 7405 8682 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

[signed] Jim Lemon
JIM LEMON
714 HUNTER COURT, S.W.
VIENNA, VA 22180

PHONE: 202-336-7462

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



JIM LEMON

      VS                                      1:08-cv-001197 RCL

THE HONORABLE DONALD C. WINTER, SECRETARY OF THE NAVY

AFFIDAVIT OF SERVICE

I, JIM LEMON, MAILED THE SUMMONS AND COMPLAINT CERTIFIED MAIL TO *Donald C. Winter, Secretary of the Navy* ON JULY 14, 2008.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DONALD C. WINTER
   SECRETARY OF THE NAVY
   THE PENTAGON
   ROOM 4E686
   WASHINGTON, DC 20350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7008 0500 0000 7405 8712

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

/s/ JIM LEMON
714 HUNTER COURT, S.W.
VIENNA, VA 22180

PHONE: 202-336-7462